UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERT BENJAMIN LUCERO JR.,
    Plaintiff,

v.

ERIC ULDALL,
    Defendant.

Case No. 24-cv-05177-WHO (PR)

**ORDER OF TRANSFER**

The events giving rise to the claims raised in this 42 U.S.C. § 1983 action occurred in Solano County, which lies in the Eastern District, and the sole defendant is Eric Uldall, who was the District Attorney of Solano County at the time of plaintiff Lucero's conviction. Accordingly, this federal civil rights action is TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and because the named defendant resides therein. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** October 15, 2024

_____
WILLIAM H. ORRICK
United States District Judge